Law Offices of Bill LaTour
Bill LaTour [State Bar No.: 169758]
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

DENISE TURK,        )   No.  EDCV 07-1450 CW
                       )
   Plaintiff,     )   <u>ORDER AWARDING EAJA FEES</u>
   v.               )
                       )
MICHAEL J. ASTRUE,   )
COMMISSIONER OF SOCIAL )
SECURITY,           )
                       )
   Defendant.     )

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount THREE THOUSAND THREE HUNDRED DOLLARS and 00/cents ($3,300.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

    DATED:  _September 3, 2008

                          _____/S/_____
                          HON. CARLA M. WOEHRLE
                          UNITED STATES MAGISTRATE JUDGE